## LEON v. UNITED STATES.

No. 573. Decided June 20, 1966.

*Edward L. Carey* and *Walter E. Gillcrist* for petitioner.

*Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

PER CURIAM.

The petition for a writ of certiorari is granted. The judgment is vacated and the case is remanded for further consideration in light of *Dennis* v. *United States, ante,* p. 855.

## CAVANAUGH v. CALIFORNIA.

No. 747, Misc. Decided June 20, 1966.

*Winfield W. Foster* for appellant.

*Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Derald E. Granberg,* Deputy Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed as moot.